IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WILLHELLMINA EXELBY**                                                              **PLAINTIFF**

V.                    **CASE NO. 4:10CV00862 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                   **DEFENDANT**

### JUDGMENT

Willhellmina Exelby's appeal is denied, and judgment is entered in favor of

Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 2nd day of June, 2011.

_____
UNITED STATES MAGISTRATE JUDGE